# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2515
_____

ROGER T. RHODES, JR., as
Personal Representative of the
Estate of Roger T. Rhodes, Sr.,
Deceased,

    Appellant,

    v.

SHERRY GARRETT, as Successor
Defendant for Kathryn L.
Rhodes, Deceased,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

June 16, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael J. Henry of Dunlap & Shipman, P.A., Santa Rosa Beach, for Appellant.

Max W. McCord, Panama City, for Appellee.